# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CO2 SOLUTIONS INC. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| AKERMIN, INC. | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff CO$_2$ Solutions Inc. ("CO$_2$ Solutions"), brings this action for patent infringement against Defendant Akermin, Inc. ("Akermin"), and alleges as follows:

## THE PARTIES

1. CO$_2$ Solutions is a Canadian corporation, having a regular and established place of business at 2300 Jean-Perrin Street, Quebec G2C 1T9, Canada.

2. Akermin is a corporation organized and existing under the laws of the State of Delaware, having a regular and established place of business at 1005 North Warson Rd., Suite 101, St. Louis, Missouri 63132.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction over this case under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Akermin because Akermin is a Delaware corporation.

5. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c), as well as 28 U.S.C. § 1400(b).

## THE $CO_2$ PATENTS

6. On September 30, 2014, the United States Patent and Trademark Office issued U.S. Patent No. 8,846,377, entitled "Process for $CO_2$ Capture Using Micro-Particles Comprising Biocatalysts." A copy of the '377 patent is attached hereto as Exhibit A.

7. On June 2, 2015, the United States Patent and Trademark Office issued U.S. Patent No. 9,044,709, entitled "Process for Biocatalytic $CO_2$ Capture Using Dimethylmonoethanolamine, Diethymonoethanolamine or Diethylglycine." A copy of the '709 patent is attached hereto as Exhibit B.

8. On October 2, 2012, the United States Patent and Trademark Office issued U.S. Patent No. 8,227,769, entitled "Process for Treating Carbon Dioxide Containing Gas." A copy of the '769 patent is attached hereto as Exhibit C.

9. On July 9, 2013, the United States Patent and Trademark Office issued U.S. Patent No. 8,480,796, entitled "Methods and Formulations Using Carbonic Anhydrase and Reaction Compound Combinations." A copy of the '796 patent is attached hereto as Exhibit D.

10. All right, title, and interest in and to the '377 patent, the '709 patent, the '769 patent, and the '796 patent, (collectively, the "asserted $CO_2$ Solutions Patents") has been assigned to $CO_2$ Solutions. $CO_2$ Solutions is the sole owner of the asserted $CO_2$ Solutions Patents and has the right to sue for infringement of these patents; to collect for past, present, and future damages; and to enforce all rights under the patents.

11. The asserted $CO_2$ Solutions Patents relate generally to systems, methods, apparatus, and materials for capturing carbon dioxide ($CO_2$) from gas mixtures containing carbon dioxide, using biocatalysts such as carbonic anhydrase.

## INFRINGEMENT OF THE $CO_2$ PATENTS

12. Defendant Akermin has been and is engaged in research and development of systems, methods, apparatus, and/or materials for capturing carbon dioxide from gas mixtures containing carbon dioxide, using biocatalysts such as carbonic anhydrase. Such past and ongoing Akermin research and development includes activities such as pilot plant testing conducted at the National Carbon Capture Center (NCCC), located in Wilsonville, Alabama.

13. Akermin's first pilot plant test run for carbon dioxide capture was conducted at the NCCC from May to October, 2013, and was supported in part by a grant from the U.S. Department of Energy (Project DE-FE0004228). The pilot plant apparatus tested by Akermin included an absorber through which cooled flue gas was treated with carbonic anhydrase supplied by Novozymes A/S of Denmark, designated NS81239, applied as a coating with silica gel on a Sulzer packing, and an absorption mixture including aqueous potassium carbonate ($K_2CO_3$). The pilot plant testing demonstrated capture of approximately 80% of the carbon dioxide in power plant flue gas, which was supplied by a coal-burning power plant adjacent to the NCCC.

14. Following Akermin's first pilot plant test run, Akermin engaged in research and development activities in an effort to improve its carbon dioxide capture system that had been tested at the NCCC. This project is supported in part by a grant from the U.S. Department of Energy (Project DE-FE0012862). Akermin tested alternative designs, in particular the use of circulating micro-particles of carbonic anhydrase instead of carbonic anhydrase coated on a packing, and the use of aqueous potassium dimethylglycine instead of potassium carbonate. Akermin's second pilot plant test run at the NCCC began in October or November 2015 and is planned to continue until late December 2015.

15. Defendant Akermin's activities for capturing carbon dioxide from gas mixtures, using carbonic anhydrase as a biocatalyst, as described in Paragraphs 12-14 above, directly infringe one or more claims of each of the asserted $CO_2$ Solutions Patents, including claim 1 of the '377 patent, claim 1 of the '709 patent, claim 10 of the '769 patent, and claim 1 of the '796 patent.

16. Defendant Akermin has been aware of the asserted $CO_2$ Solutions Patents during the course of its infringing activities. Its ongoing infringement of the asserted $CO_2$ Solutions Patents has been objectively reckless and, therefore, willful and in deliberate disregard of $CO_2$ Solutions' rights in the patents.

17. As a consequence of the acts of infringement by Akermin, $CO_2$ Solutions has been and will continue to be irreparably harmed unless and until Defendant Akermin is enjoined by an order of this Court from committing further acts of infringement.

18. As a consequence of the acts of infringement by Akermin, $CO_2$ Solutions has been damaged in an amount not yet determined.

## REQUESTED RELIEF

WHEREFORE, Plaintiff $CO_2$ Solutions respectfully requests that judgment be entered in its favor and against Defendant Akermin, such judgment providing:

A. That defendant Akermin has infringed one or more of the claims of the asserted $CO_2$ Solutions Patents;

B. That the infringement by Akermin has been, and continues to be, willful;

C. That Akermin be preliminarily and permanently enjoined from engaging in the aforementioned acts and from otherwise infringing the claims of the asserted $CO_2$ Solutions Patents;

   D.  That $CO_2$ Solutions be awarded its actual damages resulting from the acts of infringement complained of herein including, without limitation, no less than a reasonable royalty pursuant to 35 U.S.C. § 284, together with interest and costs, and that $CO_2$ Solutions' damages be trebled pursuant to 35 U.S.C. § 284 in view of the willful and deliberate nature of the infringement;

   E.  That this case be declared exceptional within the meaning of 35 U.S.C. § 285 and that $CO_2$ Solutions be awarded its reasonable attorneys' fees incurred in connection with this case; and

   F.  For such other or further relief as this Court may deem just and proper under the circumstances.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Lauren E. Maguire* |
| *Of Counsel:* | Steven J. Balick (#2114) |
|  | Lauren E. Maguire (#4261) |
| Michael R. Weiner | Andrew C. Mayo (#5207) |
| Thomas I. Ross | 500 Delaware Avenue, 8th Floor |
| Tiffany D. Gehrke | P.O. Box 1150 |
| MARSHALL, GERSTEIN & BORUN LLP | Wilmington, DE 19899 |
| 233 South Wacker Drive | (302) 654-1888 |
| 6300 Sears Tower | sbalick@ashby-geddes.com |
| Chicago, IL 60606-6357 | lmaguire@ashby-geddes.com |
| (312) 474-6300 | amayo@ashby-geddes.com |
| mweiner@marshallip.com |  |
| tross@marshallip.com | *Attorneys for $CO_2$ Solutions Inc.* |
| tgehrke@marshallip.com |  |

Dated: December 4, 2015